UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MANIILAQ ASSOCIATION** ) | |
| ) | |
| Plaintiff ) | Civ. No. 13-380(TFH) |
| v. ) | |
| ) | |
| **SYLVIA BURWELL, Secretary of the** ) | |
| **Department of Health and Human Services,** ) | |
| **et al,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the accompanying Opinion, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment, ECF No. [17], is **GRANTED**; and it is further

**ORDERED** that Defendants' Cross-Motion for Summary Judgment, ECF No. [21] is **DENIED**; and it is further

**ORDERED** that judgment is **ENTERED** in favor of Plaintiff Maniilaq Association and against Defendants Sylvia Burwell, in her official capacity as Secretary, Department of Health and Human Services; Yvette Roubideaux, in her official capacity as Director, Indian Health Service; and Christopher Mandregan, Jr., in his official capacity as Director, Alaska Area Native Health Service.

This is a final appealable order. This case is closed. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

August 22, 2014

Thomas F. Hogan
Senior United States District Judge